# FILED

05/05/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0124

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### Supreme Court Cause No. DA 20-0124

REBECCA ABRAHAM, individually and
MITCHELL BRISTOW, individually, and
on behalf of those similarly situated,

        Plaintiffs/Appellants,

        vs.

MICHAEL and SHARON O'BRIEN, d/b/a
MICK O'BRIEN USED CAR AND
TRUCK CENTER, and HULL &
SWINGLEY,

        Defendants/Appellees.

**ORDER GRANTING
EXTENSION OF TIME**

PURSUANT to Appellants' Unopposed Rule 26.1 Motion for Extension of Time to File Appellants' Opening Brief,

IT IS HEREBY ORDERED that the Appellants shall have to and including Wednesday, June 10, 2020 to file the Appellants' Opening Brief in this matter.

DATED this _____ day of May, 2020.

By _____
    Clerk of the Montana Supreme Court

**ORDER GRANTING EXTENSION OF TIME--pg. 1**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
May 5 2020